IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRYAN JORDAN,

    Plaintiff,

v.

GPS HOSPITALITY, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:21-CV-1089-MHC

## ORDER

This case comes before the Court on the Parties' Joint Motion for Court Review and Approval of Settlement Agreement [Doc. 6]. The Court reviewed the parties' Agreement and General Release ("Settlement Agreement") [Doc. 6-1] to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the Parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation.

Accordingly, it is hereby **ORDERED** that the parties' Joint Motion for Court Review and Approval of Settlement Agreement [Doc. 6] is **GRANTED**. Upon consideration of the Parties' Joint Motion, the Court **ORDERS** that the payments of the settlement amount and attorney's fees shall be made as provided in the Settlement Agreement.  Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

It is **FURTHER ORDERED** that all claims in the above-styled action are hereby **DISMISSED** with prejudice.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 9th day of June, 2021.

_____
MARK H. COHEN
United States District Judge